# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUAN MARCEL HORD | ) | Case No: 01-04052-08-CR-C-ODS |
| PAGE 2 AMENDED | ) | USM No: 14021-045 |
| | ) | |
| Date of Original Judgment: 11/15/2002 | ) | |
| Date of Previous Amended Judgment: 01/21/2009 | ) | STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 01/21/2009 months **is reduced to** time served* .

*(Complete Parts I and II of Page 2 when motion is granted)*

\* stayed for 15 days with the condition to reside in and satisfactorily participate in a Residential Re-entry Center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days.

Except as otherwise provided, all provisions of the judgment dated   11/15/2002   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/17/2011              s/ NANETTE LAUGHREY
                                                        *Judge's signature*

Effective Date:                            NANETTE LAUGHREY, United States District Judge
*(if different from order date)*            *Printed name and title*